UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alex Manuel Reyes Calderon

v.                                    Case No. 25-cv-300-SE

FCI Berlin, Warden, et al

JUDGMENT

Judgment is hereby entered in accordance with the Endorsed Order
by Judge Samantha D. Elliott dated September 15, 2025.

By the Court:

_____
Tracy A. Uhrin
Clerk of Court

Date: September 15, 2025

cc:  Counsel of Record